IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CV353-03-MU

| | |
|---|---|
| JOSHUA CAIN WOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **O R D E R**<br>NC DEPT. OF CORRECTION et al., )<br>)<br>Defendants. )<br>_____) | |

**THIS MATTER** comes before the Court on the Court's own motion.

According to the record, on August 8, 2009, the Plaintiff filed a civil rights Complaint under 42 U.S.C. § 1983. By that Complaint, the Plaintiff alleges that he needs a "colon operation to save his life" and Defendants are denying or delaying his operation.

The record shows that on October 29, 2009, Defendant Dr. Uhren filed a Motion to Dismiss. (Doc. No. 17.) The record also shows that on November 20, 2009, Defendant Ellen Wiley filed an Answer to Plaintiff's Complaint in which she denied the material allegations of Plaintiff's Complaint and asserts several defenses including that the Complaint fails to state a claim on which relief can be granted and failure to exhaust. Accordingly, by the instant Order, the Court advises the parties that should they choose to file any dispositive motions, if such a motion has not already been filed, they must do so within forty-five (45) days of the date of this Order. In the event that the parties choose not to file any such motions, they should advise the Court of that fact within fourteen (14) days of the date of this Order. Furthermore, inasmuch as

1

the plaintiff is appearing pro se, the Court specifically advises him that under the provisions of Rule 56(a) of the Federal Rules of Civil Procedure, he may "move with or without supporting affidavits for a summary judgment" in his favor upon all or any portion of his claims.

**NOW, THEREFORE, IT IS ORDERED**:

1. That the parties have forty-five (45) days from the date of this Order in which to file any dispositive motions which they may choose to file. However, in the event that either party chooses not to file a dispositive motion, such party shall advise the Court of that decision within fourteen (14) days of the date of this Order; and

2. That in the event any such dispositive motion is filed, the opposing party shall have thirty (30) days from the date of that party's receipt of that motion in which to file a response with this Court.

3. Plaintiff shall file a response to Defendant Uhren's Motion to Dismiss no later than thirty (30) days from the date of this Oder. Plaintiff may not allege new facts surrounding the events in question as part of the reply. Plaintiff should base the reply and argument(s) solely on the matters set forth in the original Complaint and/or those set forth in the Defendant Uhren's Motion. **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO DISMISSAL.**

**SO ORDERED**.

Signed: November 23, 2009

Graham C. Mullen
United States District Judge

2