# United States District Court
# For The Western District of North Carolina
# Asheville Division

Joshau Cain Wood,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                              1:09cv353

N. C. Department of Correction, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/3/10 Order.

                                                                FRANK G. JOHNS, CLERK

February 3, 2010

                                                                BY: s/Sharon Wilson
                                                                      Sharon Wilson, Deputy Clerk